IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CLARISSA QUINTANA, and HAZEL ROSARIO,** | : | **CIVIL ACTION** |
| Plaintiffs, | : | |
| v. | : | |
| **CITY OF PHILADELPHIA, et al.** | : | |
| Defendants. | : | **NO. 10-6088** |

## ORDER

**AND NOW,** this 20th day of July, 2011, upon consideration of Defendant City of Philadelphia's Motion for Summary Judgment (Doc. 10), Plaintiffs' response thereto (Docs. 12, 13), and Defendant's reply, it is hereby **ORDERED** that Defendant's Motion is **GRANTED.** Plaintiffs' claims against the City of Philadelphia are **DISMISSED WITH PREJUDICE.**[1]

      /s/ L. Felipe Restrepo
L. FELIPE RESTREPO
UNITED STATES MAGISTRATE JUDGE

---

[1] Defendant's motion is granted as to Plaintiffs' claim for municipal liability pursuant to 42 U.S.C. § 1983. In addition, as Plaintiffs agree with Defendant that the dismissal of Plaintiffs' state tort law claims against the City of Philadelphia is appropriate under the Tort Claims Act, the Court also grants Defendant's motion as to these claims.